**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00861-CV

**WILLIAM GARY STAPLETON, Appellant**

**V.**

**STARFISH INVESTMENTS, LP, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-00558-2014**

## ORDER

We **GRANT** appellant's unopposed third motion for extension of time to file brief and

**ORDER** the brief received by the Clerk on September 15, 2014 filed as of the date of this order.

Appellee's brief is due October 17, 2014.

/s/     ELIZABETH LANG-MIERS
           JUSTICE